**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mariama Moore,                                    Case No. 25-CV-0082 (JMB)

        Plaintiff,

v.                                                                      **ORDER**

Emao Morgan; Abdiaziz Mine; Muche
Xiong; Tuo Lor; and John and Jane Doe,
1–5 SPPD,

        Defendants.

---

This matter is before the Court on Plaintiff Mariama Moore's application to proceed in forma pauperis (Doc. No. 7) in the appeal of this Court's December 22, 2025 Order denying Moore authorization to file a new civil suit. (Doc. No. 4.) In the Court's December 22, 2025 Order, the Court noted that any appeal taken from the denial of authorization to pursue a new civil suit "would not be in good faith." Accordingly, Moore's application to proceed in forma pauperis on appeal must be denied. *See* 28 U.S.C. § 1915(a)(3).

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT Plaintiff Mariama Moore's application (Doc. No. 7) is DENIED.


Dated:  August 3, 2026                                    *s/ Jeffrey M. Bryan*
                                              Judge Jeffrey M. Bryan
                                              United States District Court